UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILAYVONE VONGSOUTHI, | Case No. 1:26-cv-00470-JLT-FJS |
| Plaintiff, | ORDER TO VACATE INITIAL SCHEDULING CONFERENCE AND RELATED DEADLINES |
| v. | |
| PAMELA BONDI, et al., | (ECF Nos. 10, 11) |
| Defendants. | |

On April 20, 2026, the parties filed a Stipulation and Proposed Order to Remand this action to the United States Citizenship and Immigration Services ("USCIS"). (ECF No. 10.) On April 21, 2026, the Court issued an order directing the Clerk of Court to randomly assign a district judge to this action. (ECF No. 11.) Accordingly, the Court VACATES the initial scheduling conference currently scheduled for April 28, 2026, at 10:30 AM before United States Magistrate Judge Frank J. Singer (*see* ECF No. 3) and all deadlines related to the Initial Scheduling Conference.

IT IS SO ORDERED.

Dated:   **April 23, 2026**

_____
UNITED STATES MAGISTRATE JUDGE