ERIC GRANT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILAYVONE VONGSOUTHI,<br><br>           Plaintiff,<br><br>      v.<br><br>PAMELA BONDI, ET AL.,<br><br>           Defendants. | Case No. 1:26-CV-00470-JLT-FJS<br><br>**STIPULATION AND ORDER FOR REMAND PURSUANT TO 8 U.S.C. § 1447(b)** |

The parties, through undersigned counsel, hereby submit this Stipulation and Order for Remand to the United States Citizenship and Immigration Services ("USCIS"), based on the following facts:

1.     Plaintiff commenced this action pursuant to 8 U.S.C. § 1447(b), alleging that defendants have failed to adjudicate her N-400 Application for Naturalization ("Application") within 120 days as required by statute.

2.     On April 9, 2026, USCIS issued a Notice of Intent to Deny ("NOID") the Application. Plaintiff has until May 11, 2026 to respond to the NOID in writing, and provide additional information, evidence, or arguments for USCIS to consider before making a final decision on her Application.

3.     To allow plaintiff to respond to the NOID, and USCIS to make a final decision on the Application, the parties agree that this case should be remanded to USCIS, with instructions that USCIS shall take necessary actions to adjudicate and issue a decision on the Application within 90 days after plaintiff's deadline to respond to the NOID (i.e. until August 9, 2026).

4.    USCIS is only required to complete its adjudication of the Application by August 9, 2026. This deadline does not apply to the review and decision of any administrative appeal that plaintiff may file under 8 C.F.R. § 336.2 if USCIS denies the Application.

Dated: April 20, 2026                                   ERIC GRANT
                                                        United States Attorney

                                              By:    */s/ Lynn Trinka Ernce*
                                                     LYNN TRINKA ERNCE
                                                     Assistant United States Attorney

Dated: April 20, 2026                         By:    /s/ Jessica Jaramillo Perez
                                                     JESSICA JARAMILLO PEREZ
                                                     Pro bono attorney for plaintiff

## ORDER

Based upon the parties' stipulation, and good cause appearing, **IT IS HEREBY ORDERED** that, pursuant to 8 U.S.C. § 1447(b), this case is remanded. United States Citizenship and Immigration Services is ordered to adjudicate plaintiff's N-400 Application for Naturalization by no later than August 9, 2026.

This order terminates this action in full.

IT IS SO ORDERED.

Dated:    **April 24, 2026**

                                              UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR REMAND